JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIM CHRISTIAN KAMAL, | CV 18-4160 PA (GJSx) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PATRICIA BIGELOW, | |
| Defendant. | |

In accordance with the Court's July 12, 2018 Minute Order dismissing the action brought by Plaintiff Karim Christian Kamal ("Plaintiff") against Defendant Patricia Bigelow ("Defendant"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in her favor and that Plaintiff shall take nothing.  Defendant shall have her costs of suit.

DATED:  July 12, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE